UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In Re:

GERARD J. KAMP,

                Debtor.

Case No.: 09-62529
Chapter 7

CATSKILL WATERSHED CORPORATION,

                Plaintiff,

Adversary Proceeding No.: 09-80067

vs.

(Action No. 1)

GERARD J. KAMP,

                Defendant.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

GERARD J. KAMP,

                Debtor.

Adversary Proceeding No.: 10-80018

(Action No. 2)

CATSKILL WATERSHED CORPORAITON,

                Plaintiff,

    -against-

GERARD J. KAMP, JOHN F. KAMP,
FRANCIS X. KAMP, JR., THOMAS H. KAMP,
LIANA L. WETBROOK, FRANES M. WHITE,
TERESA L. KAMP, CATHERINE C. SMITH
and PATRICIA F. PREZKOP,

                Defendants.

Harvey D. Mervis, an attorney duly admitted to practice as an attorney in the courts in the State of New York, affirms under penalty of perjury as follows:

1. I am a partner of Hinman, Howard & Kattell, LLP, attorneys for Gerard J. Kamp and the defendants in Adversary Case Number 10-80018. I am fully familiar with the facts and proceedings herein.

2. I make this affirmation in support of the motion styled application to approve settlement in the above-captioned matters.

3. On behalf of the Debtor and the Defendants, we support the settlement as set forth in the settlement agreement.

4. We do not intend to be present at the motion return date.

5. If the Court desires our office to be present, please advise and we will be there.

Dated:    December 16, 2010
         Binghamton, New York


Dated: December 16, 2010              Respectfully submitted,
       Binghamton, New York
                                      /s/ Harvey D. Mervis
                                      _____
                                      Harvey D. Mervis
                                      HINMAN, HOWARD & KATTELL, LLP
                                      Office and Post Office Address
                                      700 Security Mutual Building
                                      80 Exchange Street
                                      P.O. Box 5250
                                      Binghamton, New York 13902-5250
                                      [Telephone: (607) 723-5341]